**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1947**

EDDIE WISE; DOROTHY MONROE-WISE,

                    Plaintiffs - Appellants,

          v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES DAVENPORT,
Individually; MIKE HUSKEY, Individually; AARON A. MARTIN,
Individually; JUAN M. GARCIA, Individually; TOM VILSACK, In
his official capacity as the Secretary of the United States
Department of Agriculture; PAULA F. NICHOLLS, Individually;
DEBBIE HOUSTON, Individually; CYNTHIA I. KERNODLE,
Individually; JOE LEONARD, In his official capacity as
Assistant Secretary for Civil Rights of United States
Department of Agriculture,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Terrence W. Boyle,
District Judge.  (4:13-cv-00234-BO)

Submitted:  January 16, 2015          Decided:  February 3, 2015

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Wise, Dorothy Monroe-Wise, Appellants Pro Se.  Neal
Fowler, Assistant United States Attorney, Thomas Gray Walker,

OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Eddie Wise and Dorothy Monroe-Wise appeal the district court's orders denying their motion for an evidentiary hearing and granting the Defendants' motion to dismiss their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wise v. U.S. Dep't of Agric., No. 4:13-cv-00234-BO (E.D.N.C. Oct. 27, 2014; Aug. 19, 2014). We grant Appellants leave to proceed in forma pauperis but deny their other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED